IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| JIMMY ROBERTS,<br><br>              Plaintiff,<br><br>vs.<br><br>HENRY M. PAULSON, JR., SECRETARY OF THE UNITED STATES TREASURY,<br><br>              Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 1:07-CV-173-TC-BCW |

      This matter is before the court on Defendant's motion to dismiss claims one and three of Plaintiff Jimmy Roberts' complaint. The matter was referred to United States Magistrate Judge Brooke Wells. On April 1, 2008, Judge Wells issued a Report and Recommendation (R&R) in which Judge Wells recommended dismissal of Plaintiff's claims one and three for multiple reasons. Plaintiff filed an objection to the R&R. No responses to the objection were filed.

      The court has conducted a de novo review of the issues and finds that Judge Wells' conclusion was correct. Accordingly, the Report and Recommendation is adopted as the order of the court. Plaintiff Robert's claims of violating the Privacy Act, and discrimination based on a disability and retaliation in the form of denying annual leave are DISMISSED.

SO ORDERED this 25th day of April, 2008.

                              BY THE COURT:

                              */s/ Tena Campbell*

                              TENA CAMPBELL
                              United States District Judge