IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JIMMY ROBERTS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HENRY M. PAULSON, JR., SECRETARY OF THE UNITED STATES TREASURY,<br><br>　　　　　　Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 1:07-cv-173 CW<br><br>Judge Clark Waddoups |

　　　　This matter is before the Court on Defendant's motion for summary judgment on Plaintiff Jimmy Roberts' claims of retaliation under Title VII. (Docket No. 17.) The matter was referred to United States Magistrate Judge Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On October 6, 2008, Judge Wells issued a Report and Recommendation in which Judge Wells recommended granting Defendant's motion for summary judgment. Plaintiff filed an objection to the Report and Recommendation. No response to the objection was filed.

　　　　The Court has conducted a *de novo* review of the issues and finds that Judge Wells' conclusion was correct. Accordingly, the Court hereby APPROVES AND ADOPTS the Report and Recommendation in its entirety. Defendant's motion for summary judgment is GRANTED.

SO ORDERED this 13th day of November, 2008.

BY THE COURT:

Clark Waddoups
United States District Judge